# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Arnaldo Yahule Serrano,<br><br>  Defendant. | No. 4:16-CR-1203-TUC-JAS(JR)<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Jacqueline M. Rateau that recommends granting in part and denying in part Defendant's Motion to Suppress (Doc. 29). A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Rateau's recommendations are not clearly erroneous. See 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59.

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Rateau's Report and Recommendation (Doc. 37) is accepted and adopted.

(2) Defendant's Motion to Suppress is DENIED to the extent that it argued the search warrant lacked probable cause or was stale and it is GRANTED to the extent that it

argued that parts of the warrant were overbroad – in particular, any evidence gathered pursuant to the overbroad sections of the warrant as described in the Report and Recommendation will be suppressed.

Dated this 10th day of May, 2017.

Honorable James A. Soto
United States District Judge